In the matter of CELESTINE FRANCHI, deceased.

[Decided October 2d, 1936.]

*Mr. John Milton,* proctor for the appellants August Franchi, Mary Franchi and Mary Winant.

*Messrs. McCarter & English (Mr. Conover English,* appearing), proctors for the respondent Stella G. Potuto.

*Mr. Salvatore La Corte* and *Messrs. Schotland & Schotland (Mr. Philip Schotland,* appearing), proctors for the respondent John Ferrari.

PER CURIAM.

The decree order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Ordinary Stein, and reported in *119 N. J. Eq. 457.*

*For affirmance*—THE CHIEF-JUSTICE, LLOYD, CASE, BODINE, HEHER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 10.

*For reversal*—None.